1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH (CASBN 194844)
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
   Facsimile:  (510) 637-3507
6  Email:      john_reichmuth@fd.org

7

8  Counsel for Defendant CERVANTES

9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14  | UNITED STATES OF AMERICA, | Case No.: CR 21–328 YGR |
    |---|---|
15  | Plaintiff, | JOINT CERTIFICATION OF ADMITTED DEFENSE TRIAL EXHIBITS |
16  | v. | |
17  | DAVID CERVANTES, ET AL. | |
18  | Defendant. | |

19

20

21         Pursuant to Local Criminal Rule 55-1 and Local Civil Rules 5-1(g) and 79-4(a) and (b), the

22  undersigned counsel have reviewed the exhibits filed electronically and seal and confirm that they are true

23  and correct copies of the exhibits submitted to the trier of fact in the matter, except that, consistent with

24  rulings made by the Court during trial, all Personal Identifying Information from the exhibits has been

25  redacted (including DOBs, home addresses, financial data, and CDCR and PID numbers). No counsel

26  object to an enlargement of time for the filing of these exhibits pursuant to the Local Rules.

27

28

CERT. OF ADMITTED DEFENSE EXH.
*CERVANTES*, CR 21–328 YGR

1

June 5, 2025

Respectfully submitted,
CRAIG H. MISSAKIAN
United States Attorney

/s
LEIF DAUTCH
MARI OVERBECK
ASEEM PADUKONE
Assistant United States Attorneys

/s
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Defendant Cervantes

/s
MARSANNE WEESE
NATHANIEL JOSEPH TORRES
Counsel for Defendant Franco

/s
ERIK G. BABCOCK
SHAWN HALBERT
Counsel for Defendant Perez

/s
BRIAN H. GETZ
Counsel for Defendant Solorio