

NF CDCR-0016114

CONFIDENTIAL-SUBJECT TO PROTECTIVE
ORDER

NF CDCR-0016114

DEFENSE EXHIBIT 762-6