

NF CDCR-0018044